UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN GRECH, <br><br> Plaintiff, <br><br> vs. <br><br> DITECH FINANCIAL LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), <br><br> Defendants. | 2:19-CV-13291-TGB <br><br><br> HONORABLE <br> TERRENCE G. BERG |

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The above matter having come before the Court on Attorney Valerie Moran's Motion to Withdraw as Counsel for Plaintiff; the Court having reviewed the Motion, and being otherwise fully advised in the premises.

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. **IT IS FURTHER ORDERED** that Plaintiff's Counsel shall immediately serve a copy of this Order on Plaintiff. The Court will

terminate Plaintiff's Counsel's appearance after it receives proof of service.

3. **IT IS FURTHER ORDERED** that Plaintiff shall either (1) retain new counsel, who shall file a notice of appearance with the court no later than March 4, 2020; or (2) notify the Court <u>in writing</u> that he intends to proceed *pro se* and provide his <u>mailing address</u> with the Court no later than March 4, 2020.

Please be advised that failure to comply with any portion of this Order may result in dismissal of this action.

**IT IS SO ORDERED.**

DATED this 3rd day of February, 2020.

                        BY THE COURT:

                        /s/Terrence G. Berg
                        TERRENCE G. BERG
                        United States District Judge