UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GRECH,

      Plaintiff,

v

DITECH FINANCIAL LLC, FEDERAL
NATIONAL MORTGAGE ASSOCIATION,
(FANNIE MAE),

      Defendants.

Case No. 2:19-cv-13291

Hon. Terrence G. Berg

---

**DEFENDANT DITECH FINANCIAL LLC'S NOTICE OF
ENTRY OF ORDER GRANTING PLAN ADMINISTRATORS'
OMNIBUS MOTION TO ENFORCE  INJUNCTIVE PROVISIONS
OF PLAN AS TO PLAINTIFF JOHN GRECH**

Ditech Financial LLC, by and through its undersigned counsel, respectfully submits this Notice that the United States Bankruptcy Court for the Southern District of New York entered the Order attached hereto as Exhibit A on June 3, 2020 granting Plan Administrators' Omnibus Motion to Enforce Injunctive Provisions of Ditech's Plan and Confirmation Order as to Plaintiff John Grech.

In accordance with the terms of the Bankruptcy Court's Order, Plaintiff John Grech is required to take the appropriate action to dismiss the instant litigation seeking monetary recovery against Ditech within fourteen (14) days from the date of entry of the order.

Respectfully submitted,

GARAN LUCOW MILLER, P.C.

/s/Courtney A. Krause
Courtney A. Krause
Attorney for Defendant Ditech
1155 Brewery Park Blvd. Ste 200
Detroit    MI      48207
(313) 446-5522
ckrause@garanlucow.com
P70581

Dated: June 4, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System, which will send notification of such filing to all ECF recipients.

I further certify that the foregoing paper was mailed by First Class Mail, postage fully prepaid, addressed to the following:

John Grech, 33040 Allen St., Livonia, MI 48154

/s/Courtney A. Krause
Courtney A. Krause
Attorney for Defendant Ditech

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                             :

In re                            :        **Chapter 11**
                             :

**DITECH HOLDING CORPORATION,** *et al.,*  :        **Case No. 19-10412 (JLG)**
                             :

               **Debtors.**[1]     :        **(Jointly Administered)**
                             :        **Related Docket No. 1946**
------------------------------------------------------------X

### ORDER GRANTING PLAN ADMINISTRATOR'S THIRD OMNIBUS MOTION TO ENFORCE INJUNCTIVE PROVISIONS OF PLAN AND CONFIRMATION ORDER

Upon the motion dated March 10, 2020 (the "**Motion**")[2] of the Plan Administrator for the Wind Down Estates pursuant to sections 105(d), 524, and 1141 of title 11 of the United States Code (the "**Bankruptcy Code**"), Fed. R. Bankr. P. 1015(c), 3020(d) and 9007 and Section 10.5 of the Plan, for entry of an order enforcing the release and injunctive provisions of the Plan and Confirmation Order as more fully described in the Motion; and upon the Hager Declaration; and with this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M 431,* dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having

---

[1] On September 26, 2019, the Court confirmed the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Third Amended Plan**"), which created the Wind Down Estates. The Wind Down Estates, along with the last four digits of their federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Wind Down Estates' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

been provided in accordance with the Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and having considered the responses and objections of Varnel Diggs and Mary J. Farrier; and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having held a hearing to consider the relief requested in the Motion on May 20, 2020 (the "Hearing"); and upon the record of the Hearing; and the Bankruptcy Court having determined that the relief sought in the Motion is in the best interests of the Wind Down Estates, their creditors, and all parties in interest;  and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.     The relief requested in the Motion is granted as to the Litigation Parties listed in Annex A.

2.     The objections of Varnel Diggs and Mary J. Farrier are overruled on the merits.

3.     No later than fourteen days after entry of this Order, the Litigation Parties listed in **Annex A** shall take all appropriate actions to abide by Section 10.5 of the Plan, including to dismiss their monetary claims against the Wind Down Estates within such time frame.

4.     If a Litigation Party continues to fail to abide by Section 10.5 of the Plan, including to dismiss their monetary claims against the Wind Down Estates within such fourteen-day period, this Court, upon further motion of the Plan Administrator, may issue an order holding such Litigation Party in contempt of the Court for violating the terms of this Order and the Plan

2

Injunction Provisions by virtue of such Litigation Party's actions in violation of the Plan and Confirmation Order.

5.      Further, in connection with any contempt proceeding against a Litigation Party, the Plan Administrator on behalf of the Wind Down Estates shall be permitted to seek sanctions against such Litigation Party in this Court for reasonable fees and costs incurred by the Wind Down Estates after the date of this Order in connection with this matter.

6.      The Plan Administrator and the Wind Down Estates are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order, including authorization to file a notice in a form substantially similar to that attached hereto as **Annex B** (the "**Enforcement Notice**") in each court before which a Litigation subject to this Order is pending, including a description of this Order and the Wind Down Estates' ability to seek sanctions in the event of non- compliance with this Order.

7.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion, and the requirements of the Case Management Order entered on March 19, 2019 (ECF No. 211) and the Local Bankruptcy Rules of this Court are satisfied by such notice.

Dated: June 2, 2020
     New York, New York

/s/ *James L. Garrity, Jr.*

THE HONORABLE JAMES L. GARRITY JR.
UNITED STATES BANKRUPTCY JUDGE

WEIL:\97407089\2\41703.0011

**Annex A**

**Litigation Parties**

WEIL:\97407089\2\41703.0011

| # | Litigation Party | Case Caption | Court | Docket Number | Opposing Party Contact | Nature of Monetary Claims | Date Initial Letter Sent | Date Second Letter Sent | Status of Discussions |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bistline, Kristine | Kristine Ann Bistline v. Ditech Financial LLC f/k/a Green Tree Servicing LLC, doing business in the state of California, Federal Home Loan Mortgage Corporation and Does 1-30 | United States District Court - Central District of California | 18-cv-08995 | Andrew J. Kulick LAW OFFICES OF ANDREW J. KULICK 21704 West Golden Triangle Road, Suite 312 Saugus, CA 91350 | Fraud; negligence; wrongful foreclosure; and violations of HOBR. | 10/28/2019 | 2/6/2020 | Litigant's counsel affirmatively refused to withdraw the claims in a October 29, 2019 email and has not responded to the December 23, 2019 and February 5, 2020 follow-up letters. |
| 2 | Candia, Pedro | Ditech Financial LLC v. Pedro Candia; Margaret Russel and Ameircan Finance | Second Judicial District Court of New Mexico - Bernalillo County | D -202 -CV - 2017- 06176 | Joseph B. Cofey Cofey Law Firm 2500 Garfield Ave SE Albuguerque, NM 87106 | Violation of the Truth in Lending Act; violation of the Real Estate Owners Protection Act; violation of the Real Estate Settlement Procedures Act. | 12/17/2019 | 2/13/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 3 | Cargille, David and Julie | David and Julie Cargille v. Ditech Financial LLC F/K/A Green Tree Servicing LLC, et al. | United States District Court - District of New Jersey | 15-CV-00938 | David and Julie Cargille 29 Millstone Drive East Windsor, New Jersey 08512 | Breach of contract; breach of covenant of good faith and fair dealing; fraud/intentional misrepresenation; constructive fraud/negligent misrepresentation; negligence; violation of the New Jersey Consumer Fraud Act; and violation of the Fair Debt Collection Practices Act. | 11/21/2019 | 1/6/2020 | Litigants have not responded to initial letter or follow-up letter. |

19-10412-jlg   Doc 2459-1   Filed 06/03/20   Entered 06/03/20 14:15:27   Exhibit   Pg 2 of 17

| 4 | Cisneros, Blas | Blas A. Cisneros v. Ditech Financial LLC; Countrywide Home Loans, Inc.; The Mortgage Law Firm, PLC; Mortgage Electronic Registration Systems, Inc.; Does 1-10. | California Superior Court - Kern County | BCV-19-102512 | Blas A. Cisneros 2342 San Lorenzo Court Delano, CA 93215 | Intentional misrepresentation; fraud in the concealment; predatory lending practices; violation of California civil code § 2924.12 and § 2924.17(a)(b); violation of California civil code § 3294 (C)(3); negligent misrepresentation; slander of title; violation of California Business and Professional Code § 17200; and intentional infliction of emotional distress. | 11/1/2019 | 2/3/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 5 | Coble, Albert and Melissa Groom | Albert Coble and Melissa Groom v. Ditech Financial LLC; Bank of America, N.A.; Special Default Services, Inc.; Value-Add Mortgage Fund, LLC, Home Expo Financial Inc., and Does 1-20 | California Superior Court - Stanislaus County | CV18004356 | Colleen F. Van Egmond, Esq. Arata, Swingle, Van Egmond & Heitlinger, APLC 1207 I Street (95354) P.O. Box 3287 Modesto, CA 95353 | Breach of contract; intentional infliction of emotional distress; and violation of the California Homeowner Bill of Rights. | 11/5/2019 | 2/5/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 6 | Coffey, Alice | Ditech Financial LLC v. Alice V. Coffey; People of the State of New York; Sandra L. Coffey | New York Supreme Court - Suffolk County | 608231/2019 | Quies Sakhizada, Esq. 200 Broadhollow Road, Suite 207 Melville, NY 11747 | Violation of New York General Business Law §349(a); violation of the Truth in Lending Act; violation of the Real Estate Settlement Procedures Act; attorney's fees and costs | 1/27/2020 | 2/14/2020 | Litigant's counsel has not responded to the initial letter or follow-up letter. |

19-10412-jlg   Doc 2459-1   Filed 06/03/20   Pg 3 of 11   Entered 06/03/20 14:15:27   Exhibit

| 7 | Coll, Marie and Douglas | Marie Coll and Douglas Coll v. American Mortgage Network, Inc., Liberty Insurance Underwriters, Inc., Christina A. Azzinaro, Trucap Grantor Trust 10-2, US Bank National Association, Trustee for Trucap Grantor Trust 2010-2, Marix Servicing, LLC, Wells Fargo Bank, NA and Wells Fargo Home Mortgage | Rhode Island Superior Court - Newport SC | NC11-0270 | Brian R. Cunha 311 Pina Street Fall River, MA 02720<br><br>Gordon P. Cleary, Esq. 10 Dorrance Street, Suite 700 Providence, RI 02903 | Erroneous credit reporting. | 1/14/2020 | 1/31/2020 | Litigant has not dismissed despite acknowledging receipt of the initial letter and has not responded to the follow-up letter. |
| 8 | Datta, Anosuya | Anosuya Datta, a person, as Successor Trustee of the Sumit Ghosh Revocable Living Trust Dated May 17, 2004, as Trustee of the Datta Family Trust, as personal representative/successor in interest to decedent Sumit Ghosh v. Green Tree Servicing LLC et al. | California Superior Court – Los Angeles – Van Nuys Courthouse East | LC102407 | Steven C. Shuman, Esq. ENGSTROM, LIPSCOMB & LACK 10100 Santa Monica Blvd., 12th Floor Los Angeles, CA 90067 | Wrongful foreclosure; breach of quasi contract; unfair/fraudulent business practices; fraud; intentional infliction of emotional distress; elder abuse; wrongful death; slander of title; quiet title; promissory estoppel; set aside sale of real property; unjust enrichment; conversion; and aiding and abetting. | 10/31/2019 | 2/3/2020 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 9 | Diggs, Varnel | Varnel Diggs v. Ditech Financial LLC and Nicole Bartee | United States District Court - Western District of Texas | 18-CV-0974 | Varnell Diggs 17111 Copperhead Drive Round Rock, TX 78664 | Negligence per se. | 12/17/2019 | 2/13/2020 | Litigant has refused, in a 12/30/2019 letter, to dismiss the action. He has not responded to the follow-up letter. |

| 10 | Ellis, Martina and Howard | The Estate of Martha Dawson; Martina Dawson Ellis and Howard Ellis v. Ditech Financial LLC and Commonwealth Trustees, LLC | Virginia Circuit Court - City of Hampton | CL 18-000922-00 | Heath J. Thompson Heath Thompson, P.C. 4224 Holland Road Suite 108 Virginia Beach, VA 23452 | Breach of contract. | 11/18/2019 | 2/26/2020 | Litigant's counsel acknowledged reciept of the initial letter but has not dismissed nor responded to follow-up letter. |
|---|---|---|---|---|---|---|---|---|---|
| 11 | Farooq, Mylene | Mylene Farooq v. Bank of America N.A.; Bank of America Home Loans Servicing; LP Reconstrust Company, N.A.; Ditech Financial, LLC; Green Tree Servicing, LLC; Clear Recon Corp.; Aldridge Pite LP; and Does 1-20, inclusive. | California Superior Court - Los Angeles County - Chatsworth Courthouse | PC058000 | Mylene Farooq 18503 Olympian Court Santa Clarita, CA 91351 | Violation of California Civil Code §§ 2923.55, 2923.6, 2923.7, 2924.12 and 2924.17; breach of contract; breach of the covenant of good faith and fair dealing; negligence; negligent infliction of emotional distress; unfair business practice; unjust enrichment; and slander of title. | 11/11/2019 | 2/3/2020 | Litigant has not responded to the initial letter or follow-up letters. |
| 12 | Farrier, Mary | Mary J. Farrier vs. George Leicht; United States Bankruptcy Court Southern District of Ohio; Beth A. Buchanan; Co-Conspirators E.T.C maybe amended; Ditech Financial, LLC | United States District Court - Southern District of Ohio (Western) | 19-cv-588 | Mary J. Farrier P.O. Box 19361 Cincinnati, OH 45219 | Wrongful foreclosure; and misrepresentation. | 11/7/2019 | | Litigant has affirmatively refused to withdraw her claims. |

| # | Name | Caption | Court | Case No. | Counsel | Claims | Filed | Response | Status |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Felton, Raymon and Myrna | Raymon J. Felton and Myrna W. Felton v. Ditech Financial LLC; Loan Care, LLC and Does 1-10 | California Superior Court - Riverside County | RIC1904416 | Gary Saunders Saunders Law Group 1891 California Ave, Ste. 102 Corona, CA 92881 | Breach of contract; promissory estoppel; negligent misrepresentation; negligence; breach of implied duty of good faith and fair dealing; and violation of California Business and Professional Code §§ 17200. | 11/12/2019 | 2/4/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 14 | Forbes, Tyler | Tyler J. Forbes v. Flagstar Bank, FSB, Schneiderman & Sherman, P.C., Green Tree Servicing, LLC, and Specialized Loan Servicing, LLC | Michigan Circuit Court - Ottawa County | 19-5969-CH | Roger G. Cotner Cotner Law Offices PO Box 838 Grand Haven, MI 49417 | Breach of contract; breach of duty of good faith and fair dealing; conversion; intentional infliction of emotional distress; negligent infliction of emotional distress; violation of the Fair Debt Collection Practices Act; and violation of the Michigan Collections Practices Act. | 12/6/2019 | | Litigant's counsel acknowledged receipt of the initial letter but has not dismissed nor responded to a January 13, 2020 email or repeated phone calls. |
| 15 | Frederickson, Mark Alan | Ditech Financial LLC v. Estella Veronna Roberts aka Veronna Roberts and Mark Alan Frederickson | New Mexico Fourth Judicial District Court - San Miguel County | D-412-CV-201800464 | Mark Alan Frederickson 788 Dora Celeste Dr. Las Vegas, NM 87701 | Unfair, deceptive and unconscionable trade practices; and fraud and fraudulent misrepresentation. | 12/17/2019 | 2/13/2020 | Litigant has refused, in a 12/29/2019 letter, to dismiss the action. Litigant has not responded to the follow-up letter. |

19-10412-jlg Doc 2459-1 Filed 06/03/20 Entered 06/03/20 14:15:27 Exhibit Pg 6 of 17

| 16 | Grassia, Beau | Beau Grassia v. Ditech Financial LLC f/k/a Green Tree Servicing LLC | Massachusetts Superior Court - Norfolk County | 1882CV0919 | John W. Wozniak, Esq. The Wozniak Law Group, PC 159 Hartford Avenue Mendon, MA 01756 | Breach of contract. | 12/16/2019 | 1/30/2020 | Litigant's counsel acknowledged reciept of the initial letter but has not dismissed nor responded to the follow-up letter. |
| 17 | Grech, John | John Grech v. Ditech Financial, LLC and Federal National Mortgage Association | United State District Court - Eastern District of Michigan | 19-CV13291 | John Grech 33040 Allen St. Livonia, MI 48154 | Violaiton of the Real Estate Settlement Procedures Act; slander of title and breach of contract. | 1/18/2019 | 2/12/2020 | In response to the initial letter, litigant's counsel affirmatively refused to withdraw. On February 3, 2020, litigant's counsel withdrew from the underlying action. Litigant has not responded to the follow-up letter. |

19-10412-jlg    Doc 2459-1    Filed 06/03/20    Entered 06/03/20 14:15:27    Exhibit
Pg 7 of 17

| 18 | Green, Cheryl | Cheryl Green v. Ditech Financial LLC | South Carolina Court of Common Pleas - Beaufort County | 2018-CP-07-01018 | James H. Moss, Esq. Moss, Kuhn & Fleming, P.A. 1501 North Street Beaufort, SC 29902 | Unlawful conversion | 11/22/2019 | 2/20/2020 | Litigant's counsel has not dismissed, despite initial letter, follow-up letter and phone conversation. |
| 19 | Halloran, Corey and Stephanie | Corey S. and Stephanie Halloran v. Ditech Financial LLC and Does 1-5. | California Superior Court - Yuba County | CVCV18-01797 | Corey S. and Stephanie Halloran 1857 River Run Drive Marysville, CA 95901 | Violation of California Civ. Code §§ 2923.55, 2923.5, 2923.6, 2923,7, and 2924.17; negligence; fraudulent misrepresentation; negligent misrepresentation; fraudulent promise without intention to perform; slander of title; and violation of the California Business and Professions Code § 17200. | 11/12/2019 | 2/3/2020 | Litigants have not responded to initial letter or follow-up letter. |
| 20 | Hantzis, Pete | Green Tree Servicing v. Pete Hantzis, Kanella Hantzis, et al. | Florida Circuit Court - Hernando County | 11-CA-386 | Pete Hantzis 14497 Centralia Road Brooksville, FL 34614 | Fraudulent activities; predatory lending; mail and wire fraud. | 12/13/2019 | 12/31/2019 | Litigant acknowledged reciept of the initial letter but has not dismissed nor responded to the follow-up letter. |

19-10412-jlg   Doc 2459-1   Filed 06/03/20   Pg 8 of 17   Entered 06/03/20 14:15:27   Exhibit

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | Hermosillo, Obdulia and Armando | Aurora Loan Services, LLC v. Obdulia Hermosillo and Armando Hemosillo | Illinois Circuit Court - Cook County | 08-CH-23297 | Douglas M. Matton 134 N. LaSalle St. Suite 1040 Chicago, IL 60602 | Violation of the Truth in Lending Act | 11/12/2019 | 2/4/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 22 | Hucke, George | Ditech Financial, LLC v. George Hucke, et al. | Connecticut Superior Court - New London | CV-18-6037770-S | Edward Elliott Bona, Esq. P.O. Box 13 Plainfield, CT 06374 | Violation of the Fair Debt Collection Practices Act; violation of the Real Estate Settlement Procedures Act; and violation of the Connecticut Unfair Trade Practices Act | 12/17/2019 | | Litigant's counsel has repeatedly refused to dismiss the action. |
| 23 | Johansen, Carla | Carla Johansen v. Bayview Loan Servicing LLC; Ditech Financial, LLC; Greentree Servicing LLC; MTC Financial DBA Trustee Corps; The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWAB Inc. Asset-Backed Certificates Series 2005-AB4; and Does 1-20. | California Superior Court - Sacramento County | 34-2018-00247038 | Carla L. Johansen 2000 Larkin Way Sacramento, CA 95818 | Violation of the California Homeowner's Bill of Rights; Violation of the Unfair Competition Law; Violation of the Rosenthal Fair Debt Collections Practices Act; unfair and unlawful business practices; violation of the Fair Debt Collection Practices Act; fraud. | 1/29/2020 | 2/19/2020 | Litigant has not dismissed despite acknowledging receipt of the initial letter by email and has not responded to the follow-up letter. |
| 24 | Johnson, Debbie and Bergman, Helene | Debbie Johnson; Jake Stabel, deceased; and Helene Bergman v. America's Wholesale Lender; Ditech Financial LLC, its affiliates and/or assigns; and Ditech Mortgage, Inc. | United State District Court - Southern District of Texas | 19-CV-00019 | Helene Bergman The Bergman Law Firm P.O. Box 941142 Houston, TX 77094-8142 1001 S. Dairy Ashford, Suite 100 Houston, TX 77079 | Unlawful foreclosure; and violation of Texas Property Code. | 12/17/2019 | 1/24/2020 | Litigants acknowledged receipt of the first letter but not dismiss their money damages claims nor have they responded to the follow-up letter. |

19-10412-jlg   Doc 2459-1   Filed 06/03/20   Pg 9 of 17   Entered 06/03/20 14:15:27   Exhibit

| 25 | Johnson, Renee | Renee Johnson v. Ditech Financial LLC | District of Columbia Superior Court | 2019-SC3-001794 | Renee Johnson 28 Milmarson Place N.W. Washington, D.C. | Breach of contract; intentional infliction of emotional & mental duress; harassment; physical injury and financial decimation. | 12/19/2020 | 1/16/2020 | Litigant has not responded to the initial letter or follow-up letter. |
| 26 | Juste, Jean and Paul, Rose | Nationstar Mortgage LLC and Ditech Financial, LLC v. Jean Juste A/K/A Jean W. Juste; Rose M. Paul A/K/A Rose M. Paul; Unknown Owners and Non-Record Claimants; Unknown Occupants | Circuit Court of Cook County, Illinois - County Department, Chancery Division | 2014 CH 13277 | Jean Juste 8316 Hamlin Avenue Skokie, Illinois 60076 | Violations of the Fair Debt Collection Practices Act. | 11/15/2019 | 2/11/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 27 | Kasun, Nicholas | Nicholas A. Kasun v. Ditech Financial LLC | Virginia Circuit Court - Spotsylvania County | CL16-951 | Nicholas A. Kasun 11813 Duck Circle Spotsylvania, VA 22553 | Mortgage servicing fraud and violation of Virginia Code § 18.2.-500 | 11/11/2019 | 2/28/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 28 | Kay, Sanford and Deborah | Sanford Kay and Deborah Kay v. Ditech Financial LL, et al. | Missouri Circuit Court - St. Louis County | 19SL-CC00296 | Gregory P. White, Esq. 8000 Bonhomme Avenue, Suite 316 Clayton, MO 63105 | Wrongful foreclosure; violation of the Missouri Mechandising Practices Act; and slander of title. | 11/14/2019 | 1/16/2020 | Litigant's counsel has not responded to the initial letter or follow-up letter. |
| 29 | Kreuter, Edward | Green Tree Servicing, LLC v. Mortgage Electornic Registration Systems, Inc., as nominee for Countrywide Bank, N.A.; Edward J. Kreuter and Sherry Bergman. | Connecticut Superior Court - Litchfield | LLI CV 13 6009814 S | Edward J. Kreuter 6 Summers Lane P.O.Box 697 Woodstock, NY 12498 | Money damages for destruction of personal and real property. | 12/3/2019 | 2/12/2020 | Litigant has not responded to the initial letter or follow-up letters. |

19-10412-jlg   Doc 2459-1   Filed 06/03/20   Pg 10 of 17   Entered 06/03/20 14:15:27   Exhibit

| 30 | Law, Mary | Mary Law v. Federal National Mortgage Association; Green Tree Servicing LLC; and Does 1-20, inclusive. | Nevada Second Judicial District Court - Washoe County | CV15-01344 | Keith J. Tierney, Esq. 922 NW Circle Blvd., #160-108 Corvallis, OR 97330 | Violation of NRS 107.086(5). | 12/5/2019 | 2/11/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 31 | Ligotti, Joseph and Paula | Joseph A. Ligotti Jr. and Paula Ligotti v. Ditech Financial LLC | United State District Court - District of Massachusetts | 16-CV-12095 | Chaz Robert Fisher Fisher Legal, PA 217 Hanover Street #184 Boston, MA 02113 | Breach of contract; failure to render an accounting; violation of the Real Estate Settlement Procedures Act; violation of the Fair Debt Collections Practices Act; violation of the Home Affordable Modification Program; and breach of the Massachusetts implied warranty of good faith and fair dealing. | 11/26/2019 | 2/11/2020 | Litigants counsel has not responded to initial letter or follow-up letters. |
| 32 | Low, Mary and Roy | Ditech Financial LLC v. Mary Low; Roy Low; and John Does 1-12. | New York Supreme Court - Richmond County | 700487/2019 | Kevin B. Zazzera, Esq. 182 Rose Avenue Staten Island, NY 10306 | Predatory lending; commercial bad faith; and violation of the New York Deceptive Practices Act. | 11/20/2019 | 1/27/2020 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 33 | Mercado-Sanchez, Jose | Jose O. Mercado v. Ditech Financial LLC | South Carolina Court of Common Pleas - Horry County | 2018-CP-26-5241 | Jose O. Mercado-Sanchez P.O. Box 1349 Little River, S.C. 29566 | Negligence; and violation of the South Carolina Unfair Trade Practices Act. | 12/2/2019 | 2/20/2020 | Litigant has not responded to the initial letter or follow-up letters. |

19-10412-jlg   Doc 2459   Filed 06/03/20   Entered 06/03/20 14:15:27   Exhibit

Pg 11 of 17

| 34 | Mitchell, Curtis and Brenita | Curtis L. Mitchell and Brenita Louise Mitchell v. Ditech Financial LLC and Substitute Trustee Connie Cobb | United States District Court - Southern District of Texas - Brownsville Division | 19-CV-00193 | Juan Angel Guerra The Law Office of Juan Angel Guerra 1409 N. Stuart Place Rd. Suite A Harlingen, TX 78552 | Breach of contract. | 12/17/2019 | 2/13/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
|---|---|---|---|---|---|---|---|---|---|
| 35 | Montano, Joel and Concha; Lori Montano | Ditech Financial LLC v. The Unknown Heirs, Devisees and Legatees of Hipolito F. Montano, a/k/a Paul Montano, deceased; Joel Montano a/k/a Joel Anthony Montano; Concha Montano, as custodian for Isaac Montano, Xaxier Salazar, and Ramon Joel Montoya, minors; Lori Montoya a/ka/ Lori Montano a/k/a Lori Ann Montano; and Department of tthe Treasury, Intenral Revenue Service. | New Mexico District Court - San Miguel County - Fourth Judicial District | D-412-CV-2016-00460 | Brian A. Thomas Law Office of Bryan A. Thomas 2535 Wyoming NE, Suite A Albuqerque, NM 87112 | Violation of the New Mexico Unfair Trade Practices Act; breach of good faith and fair dealing; and negligent supervision or training of servicer staff. | 12/4/2019 | 2/17/2020 | Despite acknowledging reciept of the initial and follow-up letters, litigant's counsel has not dismissed. |
| 36 | Nardone, Tricia and Robert | Tricia and Robert Nardone v. Nationstar MTG LLC d/b/a Mr. Cooper; NBS Default Services LLC; Ditech Financial LLC; and Does 1-10 | California Superior Court - Santa Clara County | 18CV338830 | Matthew D. Mellen Duncan McGee Nefey Mellen Law Firm 1050 Marina Village Parkway, Suite 102 Alameda, CA 94501 | Violation of California Civil Code § 2923.7; negligence; negligent misrpresentation; intentional interference with prospective economic advantage; violation of the California Business and Professions Code § 17200; and violation of California Rosenthal Fair Debt Collection Practices Act. | 11/12/2019 | 1/15/2020 | Litigant's counsel has acknowledged receipt of the initial letter and agreed to amend the complaint to dismiss the monetary claims. This was not done and no response was received to the follow-up letter. |

19-10412-jlg    Doc 2459-1    Filed 06/03/20    Entered 06/03/20 14:15:27    Exhibit    Pg 12 of 12

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 37 | North Arkansas Lending, LLC | North Arkansas Lending, LLC v. Green Tree Servicing, LLC | Arkansas Circuit Court - Baxter County | 03CV-19-236 | David L. Ethredge Ethredge & Copeland, P.A. 119 East 6th Street P.O. Box 724 Mountain Home, Arkansas 72653 | Breach of contract. | 12/11/2019 | 2/18/2020 | Litigant's counsel has not responded to the initial lettter or follow-up letters |
| 38 | Plumbing Solutions Inc. | Plumbing Solutions, Inc. v. Ditech Financial LLC | Illinois Circuit Court - Randolph County | 16-LM-67 | Lucas H. Liefer, Esq. Cooper & Liefer 205 E. Market P.O. Box 99 Red Bud, Ilinois 62278 | Trespass | 11/18/2019 | 2/7/2020 | Litigants' counsel has not responded to the initial letter or follow-up letters. |
| 39 | Portnoy, Harvey | Harvey Portnoy v. Safeguard Properties LLC and Green Tree Servicing - Ditech | United States District Court - Middle District of Florida | 19-CV-00407 | Harvey Portnoy 3001 SW College Rd. PM137 Ocala, FL 34474 | Destruction of property. | 11/22/2019 | 2/3/2020 | Litigant has not responded to the initial letter or follow-up letter. |
| 40 | Pratt, Warren and Mona | Warren W. Pratt Jr. and Mona G. Pratt v. Ditech Financial, LLC and Samuel I. White, P.C. | Virginia Circuit Court - Hanover County | 085CL17001976-00 | Henry McLaughlin, Esq. 707 East Main Street, Suite 1050 Richmond, VA 23219 | Breach of contract; actual fraud; and breach of implied covenant of good faith and fair dealing. | 11/11/2019 | 2/13/2020 | Litigants' counsel has not responded to the initial letter or follow-up letters. |
| 41 | Ramsey, Mark | Ditech Financial LLC v. Mark Ramsey and Safeguard Properties | Ohio Court of Common Pleas - Licking County | 19CV00059 | Mark Ramsey P.O. Box 246 9180 Jacksontown Road Jacksontown, OH 43030 | Fraud; conversion; and violation of the Fair Debt Collection Practices Act | 11/14/2019 | 1/31/2020 | Litigant has not responded to the initial letter or follow-up letters. |

| 42 | Rasmus-Drees, Judy Lynn and Douglas Drees | Ditech Financial LLC v. Judy Lynn Rasmus-Drees as executor of the estate of Letta Lois Rasmus; spouse of Letta Lois Rasmus A/K/A L. Lois Rasmus; Judy Lynn Rasmus-Drees, individually; spouse of Judy Lynn Rasmus-Drees; State of Iowa; and Parties in Possession | Iowa District Court - Linn County | EQCV.091441 | Douglas Drees Judy Lynn Rasmus-Drees 4420 Lee Street Cedar Rapids, Iowa 52402 | Breach of contract and abuse of process. | 12/12/2019 | 2/6/2020 | Litigants have not responded to the initial letter or follow-up letters. |
|----|----|----|----|----|----|----|----|----|----|
| 43 | Rauso, Genaro | Gennaro Rauso v. Angela Martinez; Mary McFall Hopper; Federal National Mortgage Association; SunTrust Mortgage, Inc.; Ditech Financial LLC; Greentree Consumer Discount Company; Greentree Mortgage Servicing Company; Greentree Servicing LLC; Phelan, Hallinan, Diamond & Jones, LLP; Mark Finley; Joseph F. Finley; Adam H. Davis; Allison Wells; Lauren R. Tabas; Joseph E. DeBarberie; Dorian Molino; LTS Acquisition Co. LLC; Core Abstract | United States District Court - Eastern District of Pennsylvania | 17-CV-04721 | Genaro Rauso Registration No. 48192-066 FCI-Cumberland Federal Prison Camp P.O. Box 1000 Cumberland, MD 21501 | Punitive damages | 11/8/2019 | 2/10/2020 | Litigant has affirmatively refused, after multiple letters, to dismiss. |
| 44 | Rhodes, Melissa and William | Melissa Rhodes and William Rhodes v. Marix Servicing, LLC; EMC Mortgage Corporation; Zucker, Goldberg & Ackerman, LLC; and Residential Credit Solutions, Inc. | United States District Court - District of New Jersey | 12-CV-01636 | William P. Rubley, Esq. Subranni Zauber LLC Willow Ridge Executive Complex 750 Route 73 South, Suite 307B Marlton, NJ 08053 | Violation of the Real Estate Settlement Procedures Act; violation of the Fair Debt Collection Practices Act; violation of the Truth in Lending Act; violation of the Automatic Stay and/or Discharge Order. | 12/6/2019 | 1/13/2020 | Litigant's counsel has not responded to the initial letter or the follow-up letter. |

19-10412-jlg   Doc 2459-1   Filed 06/03/20   Entered 06/03/20 14:15:27

Pg 14 of 17

Exhibit

| 45 | Schenkel, Kimberly and Christopher | Kimberly Schenkel and Christopher Schenkel v. Ditech Finanical LLC, Successor by Merger or Acquisition to Green Tree Servicing LLC | United States District Court - Middle District of Florida | 8:17-CV-560 | Michael A. Wasylik, Esq. P.O. Box 2245 Dade City, Florida 33526 | Violation of the Telephone Consumer Protection Act; violation of the Fair Debt Collection Practices Act; and violation of the Florida Consumer Collection Practices Act. | 12/13/2019 | 1/7/2020 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 46 | Schwartz, Robert and Maxia Kadler | Robert Schwartz and Maxia Kadler v. Ocwen Loan Servicing, LLC and Ditech Financial LLC | New York Supreme Court - Putnam County | 50310/2019 | William A. Hecht William A. Hecht, P.C. 84 Business Park Drive, Suite 110 Armonk, NY 10504 | Violation of the New York Real Property Action and Proceedings Law; and violation of the New York Real Property Law. | 1/27/2020 | 2/12/2020 | Litigant's counsel has not dismissed despite acknowledging the initial letter and follow-up letter. |
| 47 | St. Claire, Traci | Traci St. Claire v. Ditech Financial LLC, f/k/a Green Tree Servicing, LLC, Federal National Mortgage Association, John Does, Jane Does, ABC, Inc., XYZ, Inc. | United States District Court - Northern District of Georgia - Atlanta Division | 17-cv-03370 | Traci St. Claire 8390 Emerald Pointe Lane Gainesville, GA 30506 | Violations of the Homeowner's Protection Act; and the Real Estate Settlement Procedures Act. | 11/5/2019 | 2/19/2020 | Litigant has not responded to injunction letter or follow-up letter. |
| 48 | Steiner, Robert | Robert and Mercedes Steiner v. Loancare LLC; Ditech Holding Corporation; and Does 1-10 | California Superior Court - San Bernardino County - Central District | CIVDS1927786 | CDLG, PC c/o Tony Cara 2973 Harbor Blvd, Suite 594 Costa Mesa, CA 92626-3912 | Violation of California Civ. Code §§ 2923.6(c), 2923.7, 2924.9 and 2924.10; negligence; and violation of the California Business and Professions Code § 17200. | 11/11/2019 | 2/4/2020 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 49 | Todaro, Alicia and Robert | Alicia Todaro and Robert Todaro v. Ditech Financial LLC and Federal National Mortgage Association | United States District Court - Western District of Missouri | 18-CV-261 | Alicia and Robert Todaro 211 SW State Route 131 Holden, Missouri 64040 | Violation of the Real Estate Settlement Procedures Act; and violation of the Truth in Lending Act. | 11/14/2019 | | Litigants have affirmatively refused to dismiss their claims. |

19-10412-jlg   Doc 2459-1   Filed 06/03/20   Entered 06/03/20 14:15:27   Exhibit   Pg 15 of 17

| 50 | Vasquez, Jose | Jose A. Vasquez v. Ditech Financial, LLC in its own capacity and on behalf of Fannie Mae | Supreme Court of New York - Queens County | No. 707372/2019 | William R. Lizarraga Lizarraga Law Firm, PLLC 3753 90th Street, Suite 3 Jackson Heights, NY 11372 | Fraud; misrepresentation; intentional infliction of emotional distress; and slander of title. | 11/14/2019 | 12/24/2019 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 51 | Watkins, Chanell | Chanell S. Watkins v. Ditech Financial LLC F/K/A Green Tree Servicing LLC; Federal National Mortgage Association; NBS Default Services LLC; and Does 1-20. | United States Districy Court - Eastern District of California | 17-CV-0337 | Chanell S. Watkins 241 Ali Court Tracy, CA 95376 | Violation of California Civil Code §§ 2923.55, 2923.7, 2924.10, 2924.12; breach of contract; negligence; negligent infliction of emotional distress; and unfair business practices. | 11/13/2019 | 2/5/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 52 | White, Charles | Charles White v. Ditech Financial LLC and Does 1-50 | California Superior Court - Sacramento County | 34-2018-00230752 | Charles White 7001 Whyte Ave. Citrus Heights, CA 95621 | Wrongful foreclosure; breach of contract; breach of implied covenant of good faith and fair dealing; negligent misrepresentation; negligence; and violation of California Business and Professions Code § 17200. | 11/12/2019 | 2/5/2020 | Litigant has not responded to initial letter or follow-up letter. |

| 53 | White, Paul and Michelle | Paul and Michelle White v. Ditech Financial, LLC | United State District Court - Eastern District of Michigan | 18-CV-13274 | Valerie Moran The Moran Law Firm, PLLC 24500 NW Hwy, Ste 204 Southfield, MI 48075 | Breach of contract; violations of the Fair Credit Reporting Act, Fair Credit Billing Act and Fair Debt Collection Practices Act; violation of Michigan Occupational Code and Collection Practices Act. | 11/14/2019 | 2/12/2020 | Despite reciept and acknowledge ment of the initial letter, litigant's counsel did not withdraw. Litigant's counsel has not responded to the follow-up letter. |

19-10412-jlg    Doc 2459-1    Filed 06/03/20    Entered 06/03/20 14:15:27    Exhibit
Pg 17 of 17

**Annex B**

**Enforcement Notice**

WEIL:\97407089\2\41703.0011

**[Caption]**

## <u>NOTICE OF BANKRUPTCY COURT ORDER</u>

[Debtor Entity], by and through its undersigned counsel, respectfully submits this Notice of Bankruptcy Court Order, and states as follows:

1.     On February 11, 2019 (the "**<u>Petition Date</u>**"), Ditech Holding Corporation and its debtor affiliates, including [Debtor Entity] (collectively, the "**<u>Debtors</u>**"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "**<u>Bankruptcy Court</u>**").  The Debtors' Chapter 11 cases (the "**<u>Bankruptcy Cases</u>**") are being jointly administered, indexed at case number 19-10412 (JLG).

2.     On September 26, 2019, the Bankruptcy Court entered its *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and its Affiliated Debtors* (the "**Confirmation Order**") (ECF No. 1404) approving the terms of the Chapter 11 plan, as amended  (the  "**<u>Plan</u>**"). The effective date under the Plan occurred on September 30, 2019 (the "**<u>Effective Date</u>**").

3.     The Plan contains injunction provisions which expressly provide that the holders of all claims that arose prior to the Effective Date seeking monetary damages against the Debtors (including attorney's fees) are enjoined from "commencing, conducting or continuing in any manner, directly or indirectly, any suit, action, or other proceeding of any kind…against or affecting the Debtors" or their successors.

4.     On [Date], the Bankruptcy Court entered the attached *Order Granting Plan Administrator's Third Omnibus Motion To Enforce Injunctive Provisions Of Plan And Confirmation Order* which (i) bars [Litigation Party] from continuing to maintain and prosecute

6

monetary claims for damages against [Debtors] under the injunction provisions of the Plan and

Confirmation Order, and (ii) permits the Debtors to seek sanctions in the event [Litigation Party]

continues in its refusal to dismiss monetary claims.

Respectfully submitted this_____day of_____, 2020.