UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN GRECH**, <br><br> Plaintiff, <br><br> vs. <br><br> **DITECH FINANCIAL, LLC**, <br><br> Defendant. | 19-CV-13291-TGB <br><br><br> **ORDER OF DISMISSAL** |

On February 3, 2020, the Court granted Plaintiff's counsel's motion to withdraw and ordered Plaintiff to either "(1) retain new counsel, who shall file a notice of appearance with the court no later than March 4, 2020; or (2) notify the Court in writing that he intends to proceed pro se and provide his mailing address with the Court no later than March 4, 2020." ECF No. 10. The Court warned Plaintiff that failure to comply would result in dismissal.

As of June 26, 2020, Plaintiff has not retained new counsel nor notified the Court of his intent to proceed pro se and provided the Court with a mailing address. This failure to respond suggests a lack of interest in prosecuting the case as well as a disregard for the Court's orders. Consequently, pursuant to Federal Rule of Civil

1

Procedure 41(b) this matter is dismissed without prejudice for failure to respond to the Court's February 3, 2020 Order.

**SO ORDERED.**

Dated: June 30, 2020     s/Terrence G. Berg
                                       TERRENCE G. BERG
                                       UNITED STATES DISTRICT JUDGE